UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                            )
       v.             )     CRIMINAL NO. 10-10067-WGY
                            )
                            )
BENJAMIN MICHAUD        )

AFFIDAVIT

I, Benjamin Michaud, do hereby state as follows:

1.    I am the defendant in this case.

2.    On January 4, 2010 I was a passenger in a car that had been stopped by police officers on North Street in Lexington, Massachusetts.

3.    The driver of the car had agreed to give me a ride to the Burlington Mall.

4.    Shortly after leaving the driveway of that gentleman's home, an unmarked police car with flashing interior lights pulled up behind the car I was traveling in as a passenger.

5.    In response, the driver pulled our car over to the right-hand side of the road.

6.    The officer asked the driver a few questions and suddenly drew his gun and pointed it at me and at the driver.

7.    Within what seemed like seconds a number of other uniformed officers appeared and I was removed from the car.

8.  The officers placed hand-cuffs on me, walked me to a marked police car and pushed me onto the hood of the car.

9.  I was searched by the police while sprawled on the hood of the cruiser and they also searched the car in which I was a passenger.


Signed under the pains and penalties of perjury this 14th day of September, 2010.

BENJAMIN MICHAUD